IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ROSIE MAE CHATT, ET AL., | * | |
| Plaintiffs, | * | |
| VS. | * | NO: 3:10CV00119-SWW |
| CITY OF WEST MEMPHIS, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is plaintiffs' motion for an extension of time to amend and to complete discovery. The motion [docket entry 41] is granted to the extent that the parties have until and including February 28, 2011, in which to amend the pleadings, complete discovery, and file any dispositive motions.

SO ORDERED this 12th day of January, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE