IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ROSIE MAE CHATT, ET AL., | * | |
| Plaintiffs, | * | |
| VS. | * | NO: 3:10CV00119-SWW |
| CITY OF WEST MEMPHIS, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is a motion to compel filed by separate defendants Malone, Futch, Dykes, Mainhart, Jackson, and the City of West Memphis to which plaintiffs responded. Based on plaintiffs' response that they have provided several releases sought by separate defendants and are in the process of providing complete responses to the requested discovery, the motion to compel [docket entry 44] is denied at this time.

Also before the Court is separate defendants' motion for a continuance to which plaintiffs object. The motion [docket entry 46] is denied at this time.

DATED this 2nd day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE