IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| ROSIE MAE CHATT, ET AL., | * | |
| Plaintiffs, | * | |
| VS. | * | NO: 3:10CV0119 SWW |
| CITY OF WEST MEMPHIS, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is a motion to extend the deadline for filing dispositive motions. Separate defendants Malone, Futch, Dykes, Mainhart, Jackson, and the City of West Memphis state there is no objection to the requested 30-day extension. The Court finds the motion [docket entry 51] should be and is hereby granted. The deadline for dispositive motions is March 28, 2011. Because the trial is set for the week of June 27, 2011, the Court does not anticipate granting any more extensions.

DATED this 25th day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE