IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ROSIE MAE CHATT, ET AL., | * | |
| Plaintiffs, | * | |
| VS. | * | NO: 3:10CV0119 SWW |
| CITY OF WEST MEMPHIS, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is the motion of separate defendants for the issuance of an order for the release of records of the Arkansas State Crime Lab/Arkansas State Medical Examiner pertaining to the incident that forms the basis of plaintiffs' lawsuit. Plaintiffs orally informed the Court they have no objection.

Pursuant to Ark. Code Ann. § 12-12-312(a)(1)(A)(i), the records, files, and information kept, obtained, or retained by the Arkansas State Crime Lab under this section are privileged and confidential. They may be released under and by the direction of a court of competent jurisdiction. Ark. Code Ann. §12-12-312(a)(1)(A)(ii).

The Court hereby grants separate defendants' request [docket entry 53]. The Arkansas State Crime Lab/Arkansas State Medical Examiner is hereby ordered to allow the parties in this case access to its files regarding the incident that is the subject matter of this lawsuit, i.e. Medical Examiner File No. 391-08; Lab No. 008214.

SO ORDERED this 22nd day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE