IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| ROSIE MAE CHATT, ET AL., | * | |
| Plaintiffs, | * | |
| VS. | * | NO: 3:10CV0119 SWW |
| CITY OF WEST MEMPHIS, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is plaintiffs' motion for an extension of time to file responses to three motions for summary judgment and one motion to dismiss. The responses are due April 14, 2011; plaintiffs seek an additional thirty days to file their responses.

This case is set for trial the week of June 27, 2011. The Court earlier granted defendants a thirty-day extension of time for filing dispositive motions. *See* docket entry 52. Under the Local Rules of this Court, defendants will have seven days to file a reply to plaintiffs' responses to the motions for summary judgment. Granting extensions shortens the time the Court has to consider pleadings prior to trial and may result in the Court not being able to rule on the motions prior to trial. Nevertheless, the Court will grant the motion [docket entry 69] and allow plaintiffs an additional thirty days in which to file their responses. Plaintiffs have until and including May 13, 2011, in which to file their responses.

Also before the Court is plaintiffs' motion to dismiss Dana Dykes from this lawsuit. The motion [docket entry 56] is granted. Lt. Dana Dykes is dismissed as a defendant.

SO ORDERED this 12th day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE