```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                     JONESBORO DIVISION
```

ROSIE CHATT, ET AL

vs.                                    NO. 3:10CV00119  SWW

CITY OF WEST MEMPHIS, ARKANSAS, ET AL

### ORDER

Before the Court is defendants' motion for a continuance of the trial [doc #87] in the above matter previously scheduled for June 27, 2011. The Court finds that, for good cause shown, the motion should be, and it hereby is, **_granted_**.

The trial of this matter is rescheduled for trial to a jury during the week beginning **_MONDAY, JANUARY 9, 2012_**, commencing at **_1:30 p.m._**, **_in JONESBORO_**, Arkansas. Counsel should be present 30 minutes prior to the time of trial.

Parties may file amended Pretrial Disclosure Sheets, if necessary, by **_December 9, 2011._**

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 2ND day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE