IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| ROSIE MAE CHATT and DEWAYNE CHATT, JR., Individually and as Co-Administrators in the Estate of DEWAYNE CHATT, SR., Deceased,<br><br>Plaintiffs,<br><br>VS.<br><br>CITY OF WEST MEMPHIS, ARKANSAS; SAMUEL MALONE, STEVEN JACKSON, SAM FUTCH, DERRICK THOMAS, and KEVIN MAINHART, Individually and in their Official Capacities as Officers of the West Memphis Police Department; and JAMES BROWN, JULETHA HANCOCK, GWEN WILLIAMS, DANA DYKES, TERRY BUTLER, THOMAS PARKER, AND LOUIS JAMISON, Individually and in their Official Capacities as Officers of the Crittenden County Sheriff Department;<br><br>Defendants. | * * * * * * * * * * * * * * * * * * * * * | NO: 3:10CV0119 SWW |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, plaintiffs' federal claims are dismissed with prejudice and plaintiffs' state law claims are dismissed without prejudice.

DATED this 19th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE